AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia



ALEJANDRO ARZATE,

                          JUDGMENT IN A CIVIL CASE

      v.                          CASE NUMBER:   5:20-cv-30

WARDEN TRACY JOHNS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated June 15, 2020; the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Petition is dismissed and Petitioner is denied in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

June 16, 2020
Date

John E. Triplett, Acting Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03